## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: ADOPTION OF S.R., A MINOR CHILD

PETITION OF: A.R., NATURAL FATHER

: No. 205 WAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.